IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02049-WJM-MEH

SAVANT HOMES, INC.,

      Plaintiff,

v.

DOUGLAS W. COLLINS,
DOUGLAS CONSULTING, LLC, d/b/a Collins Custom Builders,
STEWART KING, d/b/a Kodiak Custom Design,
TAMMIE WAGNER, and
RON WAGNER,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 10, 2014.**

      Before the Court is the Unopposed Motion to Amend Scheduling Order and Vacate and Reset Pretrial Hearing Date [filed April 8, 2014; docket # 33], filed by Defendants Ron Wagner and Tammie Wagner. For good cause shown, the motion is **granted in part and denied in part**. The Court ORDERS that Paragraph 9 of the November 5, 2014 Scheduling Order be **modified** as follows:

| | |
|---|---|
| **Non-Expert Witness Discovery Cutoff**: | May 2, 2014 |
| **Expert Witness Discovery Cutoff**: | July 6, 2014 |
| **Dispositive Motion Deadline**: | August 5, 2014 |
| **Expert Witness Disclosure**: | |

      The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 16, 2014.

      The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 16, 2014.

      The parties shall exchange any rebuttal opinions on or before July 1, 2014.

      It is FURTHER ORDERED that the final pretrial conference currently set for August 11, 2014 is **vacated** and **rescheduled** for **October 2, 2014**, at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).