IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02049-WJM-MEH

SAVANT HOMES, INC.

Plaintiff,

v.

DOUGLAS W. COLLINS,
DOUGLAS CONSULTING, LLC d/b/a Collins Custom Builders,
TAMMIE WAGNER, and
RON WAGNER

Defendants.

## ORDER GRANTING APPROVAL OF IRREVOCABLE LETTER OF CREDIT IN LIEU OF SUPERSEDEAS BOND

The parties have jointly stipulated to an order approving Plaintiff's Irrevocable Letter of Credit in lieu of a cash or surety supersedeas bond, ECF # 74.

Now therefore, for good cause shown and on the stipulation of the parties, it is ORDERED that the Letter of Credit, ECF # 73, is ACCEPTED in lieu of a supersedeas bond.

The parties must still file the Bond Instrument itself, a template for which may be found at http://www.cod.uscourts.gov/Portals/0/Documents/Forms/CivilForms/super_bond_sur.pdf.

SO ORDERED.

Dated this 15th day of September, 2015.

_____
William J. Martinez
United States District Judge